IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER REED, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) M3K, LLC and DOMINIC PITARRO, ) ) Defendants. ) | No.: 3:22-CV-00175-KAC-DCP |

## JOINT MOTION FOR ORDER APPROVING RESOLUTION OF FLSA CLAIMS

Come now the above-named Parties, through their undersigned counsel of record, and announce to the Court that they have resolved all matters in controversy between them, and hereby stipulate to the voluntary dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a). The Parties also move this Court for an Order approving the terms of the Settlement Agreement agreed to and executed by them (attached hereto as **Exhibit A**) and for dismissal of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). As grounds for this Motion, and as more fully set forth in the accompanying Memorandum, the Parties would respectfully show that this agreement is a fair and reasonable compromise of a disputed claim. Accordingly, the Parties jointly request that this Motion be granted. A proposed Order is filed contemporaneously herewith for the Court's consideration.

Respectfully submitted this 28th day of November, 2023.

/s/Katherine Serrano *(with permission RLB)*
Katherine Serrano (TX BPR #24110764)
**FORESTER HAYNIE, PLLC**
400 North St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
E-mail: KSerrano@Foresterhaynie.com
Attorneys for Plaintiff

/s/*Robert L. Bowman*
Robert L. Bowman (TN BPR #017266)
James T. Snodgrass (TN BRP #036212)
**KRAMER RAYSON LLP**
800 S. Gay Street, Suite 2500
Knoxville, TN 37929
E-mail: rlbowman@kramer-rayson.com
E-mail: jsnodgrass@kramer-rayson.com
Attorneys for Defendants