UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER REED, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No.: 3:22-CV-175-KAC-DCP |
| M3K, LLC and DOMINIC PITARRO, | ) |
| Defendants. | ) |

## JUDGMENT

In a Memorandum and Order [Doc. 40] the Court **DISMISSED** Plaintiffs' claims against all Defendants. Accordingly, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT